# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CAMERON REDMAN,<br><br>*Defendant*. | **FILED UNDER SEAL**<br><br>Criminal No. 1:24-MJ-155 |

## ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the U.S. District Court for the Eastern District of Virginia, having moved to seal the Criminal Complaint and accompanying materials, including the affidavit, arrest warrant, this Motion to Seal, and the proposed Order in this matter; and

The COURT, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that, the Criminal Complaint and supporting affidavit, Motion to Seal, and this Order be Sealed until the Defendant makes an initial appearance in a U.S. District Court pursuant to Rule 5 of the Federal Rules of Criminal Procedure. It is further

ORDERED that the United States may to provide copies of the sealed and certified Criminal Complaint, supporting affidavit, and arrest warrant to Interpol, and additional U.S. authorities and/or foreign government personnel in connection with efforts to locate, arrest, and

extradite the defendant, as well as U.S.-based defense counsel, should the defendant engage a U.S.-based attorney while awaiting extradition.

Date: April 17, 2024
      Alexandria, Virginia

_____
The Honorable William B. Porter
United States Magistrate Judge