Criminal Case Cover Sheet                                                                                                   U.S. District Court

**Place of Offense:**                    Under Seal: Yes _X_  No ____        Judge Assigned: _William B. Porter_
City _____              _Superseding Indictment_  _____          Criminal Number: _____
County/Parish _____           Same Defendant _____                       New Defendant  _X_ _____
                                 Magistrate Judge Case Number  _1:24-MJ-155_   Arraignment Date: _____
                                 Search Warrant Case Number  _____
                                 R 20/R 40 from District of  _____
                                 Related Case Name and No: _____

Defendant Information:
**Juvenile --** Yes ___ No _X_  **FBI #** _____
**Defendant Name:** Cameron Albert Redman      Alias Name(s) _____
**Address:** n.º 80, 3.º esq., 1050-012 Lisboa
**Employment:** _____
**Birth date** _2002_    **SS#** _____  Sex _M_ Def Race _____  Nationality _Canadian_  Place of Birth _____
**Height** _5'08"_  **Weight** ____  **Hair** _Brown_  Eyes ____  Scars/Tattoos _____
   **Interpreter:** _X_ No ___ Yes List language and/or dialect: _____ Automobile Description _____
Location Status:
Arrest Date  _____
___ Already in Federal Custody as of  _____  in  _____
___ Already in State Custody      ___ On Pretrial Release    _X_ Not in Custody
_X_ Arrest Warrant Requested      ___ Fugitive                ___ Summons Requested
___ Arrest Warrant Pending        ___ Detention Sought         ___ Bond

Defense Counsel Information:
Name: _____                   ___ Court Appointed        Counsel conflicted out: _____
Address: _____                ___ Retained
Telephone: _____              ___ Public Defender        Federal Public Defender's Office conflicted out:
U.S. Attorney Information:

AUSA  _Zoe Bedell_    Telephone No:  _(703) 299-3700_    Bar # _____
Complainant Agency, Address & Phone Number or Person & Title:
Jordan A. Jenkins, Special Agent, FBI

U.S.C. Citations:
|       | **Code/Section**           | Description of Offense Charged     | Count(s) | Capital/Felony/Misd/Petty |
|-------|----------------------------|------------------------------------|----------|---------------------------|
| Set 1 | 18 U.S.C. § 1349           | Conspiracy to Commit Wire Fraud    | 2        | Felony                    |
| Set 2 | 18 U.S.C. §§ 1343, 2       | Wire Fraud                         | 1        | Felony                    |
| Set 3 | 18 U.S.C. §§ 1028A(a)(1), 2 | Aggravated Identity Theft         | 1        | Felony                    |

(May be continued on reverse)

**Date:** April 15, 2024     Signature of AUSA:     /s/ Zoe Bedell

**District Court Case Number (To be filled by deputy clerk):** _____

U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | 18 U.S.C. §§ 1028A(a)(1), 371 | Conspiracy to Commit Aggravated Identity Theft | 1 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |