AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>CAMERON REDMAN,<br><br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:24-MJ-155<br>**UNDER SEAL** |

FILED

2025 MAR 20 A 9:38

2024 APR 17 12:21
UNITED STATES MARSHAL

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Cameron Redman                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Two counts of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349; one count of wire fraud, in violation of 18 U.S.C. §§ 1343 and 2; one count of aggravated identity theft, in violation of 18 U.S.C. §§ 1028A(a)(1) and 2; and one count of conspiracy to commit aggravated identity theft, in violation of 18 U.S.C. §§ 1028A(a)(1) and 371.

Date: 04/17/2024

*Issuing officer's signature*

City and state:  Alexandria, Virginia

The Honorable William B. Porter, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/17/24 , and the person was arrested on *(date)* 3/19/25
at *(city and state)* Lisbon, Portugal .

Date: 3/20/25

*Arresting officer's signature*

Yanela Lopez, DUSM
*Printed name and title*