# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* <br> v. <br> CAMERON REDMAN <br> *Defendant* | ) ) ) ) ) ) Case No. 1:24 MJ 155 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the defendant.

Date: 3/20/25

_____
*Attorney's signature*

STUART A. SEARS   VA 71436
*Printed name and bar number*

555 13th St. NW
Washington, DC 20004
*Address*

ssears@schertlerlaw.com
*E-mail address*

202-628-4199
*Telephone number*

202-628-4177
*FAX number*