| Date: 3/31/2025 | Time: 2:09p – 2:12p |
|---|---|

| Judge: William B. Porter | Case #: 1:24-mj-155 |
|---|---|
| Tape: FTR/400 | Court Reporter: N/A |

Hearing: ☐Initial App./☒Detention Hrg/☒Preliminary Hrg/☐Status Conf./☐Motion Hrg

Eastern District of Virginia
United States of America
v.
Cameron Albert Redman

## Participants
USA: Alexandra Bedell

Defense Counsel: Stuart Sears

Court to appoint counsel: ☐AFPD/ ☐CJA/ ☐Conflict List/ ☐Defendant to retain counsel

Interpreter:      Language:

## Advisement
☐Rule 5      ☐Due Process Protections Act

## Probation/Sup. Release violation(s)
☐Deft informed of violation(s)
☐Deft denies PC as to the violation(s)      ☐Deft does not contest PC as to the violation(s)
☐Court finds PC as to the violation(s)

## Detention Hearing/Preliminary Hearing
☐DH held / ☒DH waived      ☐PH held / ☒PH waived
☐Def submits on probable cause / ☐Def not contesting probable cause
☐Govt adduced evidence and rests      ☒Court finds probable cause

## Detention
☐Govt seeking detention / ☐not seeking detention
☐Def counsel seeking release / ☐not seeking release at this time
☐Def counsel not contesting release at this time
☒Deft remanded to the custody of the USMS

## Bond Status
☐Deft released on PR bond: ☐with conditions      ☐Deft continued on PR bond
☐Deft continued on previously imposed conditions: ☐Probation / ☐Supervised Release

## Future proceedings
☐Matter continued for further proceedings before the Grand Jury
☐Next hearing:

Notes: