# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>__CAMERON REDMAN__<br>Defendant | ) )<br>) ) Case No. __24-mj-155__<br>) ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: __3/31/25__

__Redman__
Defendant's signature

__[signature]__
Signature of defendant's attorney

__STUART A. SEARS (71436)__
Printed name and bar number of defendant's attorney

__555 17th St., NW__
__Washington, D.C. 20004__
Address of defendant's attorney

__ssears@schertlerlaw.com__
E-mail address of defendant's attorney

__202-628-4199__
Telephone number of defendant's attorney

__202-628-4177__
FAX number of defendant's attorney