# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:25-cr-129 |
| Cameron Redman ) | |
| ) | |
| Defendant ) | |

**FILED IN OPEN COURT**
**MAY - 8 2025**
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 05/08/2025

_____
Defendant's signature

_____
Signature of defendant's attorney

Stuart Sears
Printed name of defendant's attorney

_____
Judge's signature

_____
Judge's printed name and title

/s/
Leonie M. Brinkema
United States District Judge 5/8/25