JS 45 (01/2008)                    **REDACTED**



Criminal Case Cover Sheet                                    U.S. District Court

| **Place of Offense:** | Under Seal: Yes ___ No _X_ | Judge Assigned: _LMB_ |
| City | Superseding Indictment | Criminal Number: _1:25CR129_ |
| County/Parish | Same Defendant _X_ | New Defendant ___ |
| | Magistrate Judge Case Number 1:24-MJ-155 | Arraignment Date: ___ |
| | Search Warrant Case Number ___ | |
| | R 20/R 40 from District of ___ | |
| | Related Case Name and No: ___ | |

Defendant Information:

Juvenile -- Yes ___ No _X_ FBI # _____

Defendant Name: Cameron Albert Redman     Alias Name(s) _____

Address: n.º 80, 3.º esq., 1050-012 Lisboa _____

Employment: _____

Birth date 2002 ___ SS# ___ Sex M Def Race ___ Nationality Canadian Place of Birth ___

Height 5'08" Weight ___ Hair Brown Eyes ___ Scars/Tattoos ___

Interpreter: _X_ No ___ Yes List language and/or dialect: ___ Automobile Description ___

Location Status:

Arrest Date _____

_X_ Already in Federal Custody as of _3/19/2025_ in _William G. Truesdale Adult Detention Center_

___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody

___ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond

Defense Counsel Information:

| Name: | Stuart A. Sears<br>SCHERTLER ONORATO MEAD &<br>SEARS, LLP | ___ Court Appointed | Counsel conflicted out: _____ |
| Address: | 555 13th Street, NW<br>Suite 500 West<br>Washington, DC 20004 | _X_ Retained | |
| Telephone: | O: 202-628-4199<br>C: 703-609-4323 | ___ Public Defender | Federal Public Defender's Office conflicted out: |

U.S. Attorney Information:

AUSA _Zoe Bedell_ Telephone No: _(703) 299-3700_ Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:

_____

U.S.C. Citations:

| | **Code/Section** | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 1-2 | Felony |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 3 | Felony |
| Set 3 | 18 U.S.C. §§ 371,<br>1028A(a)(1), 2 | Conspiracy to Commit Aggravated<br>Identity Theft | 4 | Felony |

(May be continued on reverse)

Date: _May 2, 2025_     Signature of AUSA: _____/s/ Zoe Bedell_____

RECEIVED

2025 MAY -2 A 11: 04