# ***UNITED STATES DISTRICT COURT CRIMINAL MINUTES***

Date: 5/8/2025      Judge: **LEONIE M. BRINKEMA**      Reporter: J. Egal

Time: 2:29 to 3:10 (00:42)      Courtroom Deputy: K. Galluzzo

## UNITED STATES OF AMERICA
V

**CAMERON ALBERT REDMAN**      1:25cr00129-001
Defendant's Name                      Case Number

Scott Sears                                      Zoe Bedell
Counsel for Defendant                 Counsel for Government

Matter called for:
( ) Motions                ( ) Setting Trial Date        ( ) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment      ( ) Appeal from USMC       ( ) Sentencing                    ( ) Rule 20 & Plea
( ) Revocation – Supervised Release Hearing    (X) Pre-Indictment Plea    ( ) Other:

Defendant appeared:        (X) in person            ( ) failed to appear
                                           (X) with Counsel       ( ) without counsel        ( ) through counsel

Filed in open court:
(X) Criminal Information    (X) Plea Agreement    (X) Statement of Facts    (X) Waiver of Indictment    (X) Forfeit Order

Arraignment & Plea:
( ) WFA    ( ) FA    (X) PG    ( ) PNG    Trial by Jury:    ( ) Demanded    ( ) Waived

_____ Days to file Motions with Argument on _____ at _____
Defendant entered Plea of Guilty as to Counts 1-4 of the Information,    Plea Accepted (X)
Motion for Dismissal of Count(s) _____ ( ) by U.S.    ( ) by Deft.
( ) Order entered in open court    ( ) Order to follow
Defendant directed to USPO for PSI:  (X) Yes    ( ) No
Case continued to **JULY 29, 2025** at **9:00 AM** for:    ( ) Jury Trial    ( ) Bench Trial    (X) Sentencing

**REVOCATION – SUPERVISED RELEASE HEARING:**

Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release;
Court: ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of: _____ Months; ( ) Supervised Release terminated

All Exhibits must be filed with the Clerk _____ days prior to trial.
Bond Set at: $_____    ( ) Unsecured    ( ) Surety    ( ) Personal Recognizance

( ) Release Order Entered    ( ) Deft. Remanded    ( ) Deft. Released on Bond    ( ) Deft. Continued on Bond

Defendant is: (X) In Custody    ( ) Summons Issued    ( ) On Bond    ( ) Warrant Issued    ( ) 1st appearance