

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

    v.

CAMERON ALBERT REDMAN,

    Defendant.

No. 1:25-cr-129

## STATEMENT OF FACTS

The United States and the defendant, Cameron Albert REDMAN ("REDMAN") agree that the United States would have proven the following facts at trial, beyond a reasonable doubt, with admissible and credible evidence:

### Overview

1.  On or about May 22, 2022, in an offense begun and committed outside the jurisdiction of any particular State or district of the United States, and continued in the Eastern District of Virginia and elsewhere, REDMAN did knowingly and unlawfully combine and conspire with others, including coconspirator ("CC") 2 and CC-3, to commit wire fraud, all in violation of Title 18, United States Code, Section 1349.

2.  Beginning on or about June 26, 2022, and continuing to on or about July 19, 2022, in an offense begun and committed outside the jurisdiction of any particular State or district of the United States, and continued in the Eastern District of Virginia and elsewhere, REDMAN did knowingly and unlawfully combine and conspire with others, including CC-1, CC-4, CC-5, and CC-6, to commit wire fraud, all in violation of Title 18, United States Code, Section 1349.

3.  On or about July 14, 2022, in an offense begun and committed outside the jurisdiction of any particular State or district of the United States, REDMAN, having devised and

intending to devise a scheme and artifice to defraud investors and to obtain money and property therefrom by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud, knowingly transmitted and caused to be transmitted by means of wire communications in interstate commerce, writings, signs, signals and sounds, all in violation of Title 18, United States Code, Section 1343.

4.    Beginning on or about July 14, 2022, to on or about July 19, 2022, in an offense begun and committed outside the jurisdiction of any particular State or district of the United States, and continued in the Eastern District of Virginia and elsewhere, REDMAN did knowingly and unlawfully combine and conspire with others, including CC-1, CC-4, and CC-5, to use, without lawful authority, the means of identification of Victim 2 and Victim 3 in furtherance of a violation of Title 18, United States Code, Section 1343 and 1349, knowing that the means of identification belonged to another actual person, all in violation of Title 18, United States Code, Sections 371 and 1028A(a)(1).

5.    Specifically, REDMAN and several individuals compromised X Corp. ("X") (formerly Twitter) accounts and executed phishing scams resulting in the theft of non-fungible tokens ("NFTs") and digital assets.[1] REDMAN and various coconspirators gained unauthorized access to X accounts using an X customer service panel called the Partner Support Panel ("PSP"). He and his coconspirators then used that access to post messages containing malicious phishing links to fraudulent websites designed to drain NFTs and digital assets. The messages posted by REDMAN and his coconspirators to the compromised X accounts were crafted to appear like they

_____

[1] NFTs are cryptographic assets on a blockchain that contain unique identification codes and metadata enabling one NFT to be distinguished from another. The blockchain is used to certify an NFT's authenticity and ownership. The ownership of an NFT can be transferred, allowing NFTs to be sold and traded. NFTs can be stored in the same wallets used to store cryptocurrency.

were posted by the actual owners of the compromised accounts and advertised giveaways or opportunities to "mint" new NFTs by clicking a link.[2] When clicked, the phishing links directed victims to a fake website. The fake websites were designed to appear nearly identical to the official websites associated with the compromised X accounts. The fake website domains, purchased from various domain registrars, were designed to follow naming conventions nearly identical to the official website domains. On the fake websites, victims were directed to connect their cryptocurrency wallets and approve a transaction to receive the digital asset advertised in the unauthorized posts; however, the victims never received a digital asset. Instead, the approved transaction actually facilitated the transfer of victims' cryptocurrency and/or NFTs from their cryptocurrency wallets to a wallet controlled by the perpetrators. The stolen NFTs were subsequently sold on secondary NFT markets such as OpenSea, and the profits for the sale were distributed among the conspirators, including REDMAN.[3]

### Compromise of Victim 1 X Account

6.      Victim 1 is a well-known NFT artist. On May 22, 2022, CC-2, REDMAN, and conspirators compromised Victim 1's X Account. REDMAN submitted a support ticket through X's PSP claiming to be an authorized user of the X account and successfully gained control of the account.

7.      After REDMAN had gained access to Victim 1's account, he and a coconspirator posted a link to a fraudulent website that advertised a "raffle"—for one ETH,[4] an individual could buy a "ticket" to that raffle:

---

[2] Minting is the process of publishing an NFT on the blockchain that establishes an immutable record of authenticity and ownership.

[3] OpenSea is an NFT marketplace allowing for NFTs to be sold directly at a fixed price, or through an auction.

[4] ETH refers to the cryptocurrency Ether.



8.    When victims visited the website, however, they authorized REDMAN and his coconspirators to drain all of the ETH in their wallets.

9.    CC-3 soon reached out to CC-2 and asked if he would assist REDMAN with the attack on Victim 1's account. When CC-2 expressed interest, CC-3 created a group chat that included REDMAN, CC-2, and CC-3. CC-2 indicated that he had a better drainer that would steal NFTs. The coconspirators understood that CC-2's role would be to create a new website to steal NFTs that looked like Victim 1's legitimate website, and they discussed CC-2's fees. CC-2 built this website, using Victim 1's real website as a model. REDMAN provided CC-2 with the log-in information to Victim 1's X account, where CC-2 created a post linking to his NFT-stealing website:

4



10.    The phishing links included in these posts directed individuals to websites that were different than, but which looked very similar to, Victim 1's actual website.

11.    Once an individual interacted with either of the two fraudulent websites, a pop-up appeared asking the individual to connect their cryptocurrency wallet and approve a transaction. Victims believed they were approving a transaction to receive NFTs, but in fact they were authorizing withdrawals from their wallets. Once the cryptocurrency wallet was connected, cryptocurrency or NFTs were transferred from the victims' wallets to cryptocurrency wallets operated by the perpetrators.

12.    On May 22, 2022, the Victim 1 X Account published a post indicating the account was hacked but that Victim 1 had regained control. Multiple victims replied to the post indicating that their NFTs were stolen after interacting with the websites included in the unauthorized posts. Using blockchain analysis, law enforcement has identified at least 80 victims who were compromised in this attack.

5

13.    CC-2 controlled the Ethereum addresses that received NFTs from the website he designed. Though he was supposed to receive the NFTs, sell them, and share the proceeds of the fraud with CC-3 and REDMAN, CC-2 never sent any money to REDMAN. In total, the sale of NFTs stolen from victims of the Victim 1 X Account compromise and phishing scam totals approximately $446,756.92.

### Sale of Access to X Accounts to CC-1

14.    In and around June 2022, CC-1 sought access to X accounts in order to execute phishing scams to steal NFTs. Starting in or around June 2022, for approximately one week, CC-1 and REDMAN specifically communicated about REDMAN's unlawful access to X's PSP, his ability to take over X usernames, and prices for purchasing REDMAN's access to the PSP.

15.    During this negotiation and discussion period, CC-1 told REDMAN about CC-1's and their other co-conspirators' intent to use the PSP to compromise NFT and cryptocurrency related X accounts for the purpose of executing phishing scams on victims who likely owned highly valued NFTs. After a series of negotiations between CC-1 and REDMAN, REDMAN agreed to sell CC-1 exclusive access to the PSP (i.e., REDMAN would not sell it to others) for however long the access continued to work. REDMAN and CC-1 negotiated that CC-1 would pay approximately 230 ETH and a 10 percent cut of the profits from all phishing scams. CC-1 transferred 230 ETH on or about June 27, 2022, which was valued at approximately $283,411 at the time of the purchase.

16.    Upon completion of the deal, REDMAN taught CC-1 how to compromise X accounts through the PSP. Specifically, REDMAN instructed CC-1 to look up top media agencies, identify their website domains, buy a similar website domain from a domain hosting service such

as Namecheap or Porkbun,[5] and create an imposter email address that appeared to be from the agency. Next, REDMAN sent CC-1 a link to the PSP and explained that the link must be accessed using a specified virtual private network ("VPN")[6] in order to work. REDMAN then showed CC-1 how to submit a request through the PSP to change the email account associated with the targeted X account to the imposter email created by CC-1. REDMAN provided CC-1 a template message to be used when submitting the request through the PSP. If the process worked according to plan, X would change the email address of the targeted account to the imposter email address controlled by CC-1. REDMAN instructed CC-1 to submit one request per day through the PSP and to use a different IP address for each request.

### Compromise of Victim 4 X Account

17.    Victim 4 is a decentralized autonomous organization and creator of an NFT project. On or about June 26, 2022, REDMAN, CC-1, and other coconspirators compromised Victim 4's X Account. REDMAN identified Victim 4 as the target of the compromise and then provided the other coconspirators with guidance on how to use the PSP to gain control of Victim 4's X account. Following REDMAN's instructions, CC-4 created an email address designed to impersonate a media agency and then used the email address to send requests through X's PSP. The email, using a script provided by REDMAN, requested a password reset of the Victim 4 X Account. A coconspirator reset the password, logged onto the Victim 4 X account, and turned off comments on the account.

18.    Once in control of the Victim 4 X account, CC-5 created a website designed to impersonate Victim 4's website and developed a manual drainer smart contract used to drain

---

[5] Namecheap and Porkbun are domain registrar and webhosting services.

[6] Virtual private networks (VPN) establish a connection between your computer and a remote server owner by a VPN provider, creating a point-to-point tunnel that encrypts your personal data and masks your IP address.

NFTs from victims. A manual drainer requires malicious actors to manually set approvals and enter a destination cryptocurrency address in order to actually gain possession of the NFTs each time a victim engages with the smart contract and authorizes a transaction.

19.     When the website was ready, CC-1 published a post to Victim 4's X account containing a phishing link advertising a new "pass" and the opportunity to claim NFTs from a website:



20.     The phishing link directed individuals to a fraudulent website with a domain name that closely resembled both the real website and Victim 4's name. The fraudulent website included a button labeled "Enter raffle" related to the false post on Victim 4's X account.

21.     Once an individual clicked the "Enter raffle" button on the fraudulent website, a pop-up appeared asking the individual to connect their cryptocurrency wallet and approve a transaction. Once the cryptocurrency wallet was connected, CC-1 and his coconspirators could then manually approve the transfer of NFTs and digital assets from the victims' wallets to a cryptocurrency wallet operated by CC-1.

22.     On or about June 27, 2022, the Victim 4 X account published a post indicating that control of the account was regained following the compromise. Multiple victims replied to

8

this post indicating that their NFTs were stolen after interacting with the link. Using blockchain analysis, law enforcement has identified at least 27 victims who were compromised in this attack.

23.     After receiving NFTs from victims' wallets, CC-1 quickly sold them for ETH before they could be reported stolen. CC-1 then transferred that ETH to the other coconspirators, including REDMAN. In total, the sale of NFTs stolen from victims of the Victim 4 X account compromise and phishing scam totals approximately $24,210.04.

24.     REDMAN made approximately $15,000 from the Victim 4 X Account compromise and phishing scam; some of this money represented his share of the profits from the scam, while some of it was the remainder of the payment that CC-1 owed REDMAN for the purchase of access to the PSP.

### Compromise of Victim 5 X Account

25.     Victim 5 is a membership NFT collection, which means that owners of Victim 5's NFTs are granted access to exclusive perks including Victim 5 events, content, and early access to partner projects. On or around June 28, 2022, REDMAN, CC-1, and other coconspirators compromised Victim 5's X account. REDMAN helped select the victim and the media company that the coconspirators would impersonate and again guided CC-4 through using the PSP to gain control of the victim's X account. After Victim 5's X account password was successfully reset, CC-6 created a website designed to impersonate Victim 5's website and developed an auto-drainer smart contract used to drain NFTs from victims who interacted with the fake website.

26.     CC-1 published a post to the account advertising a "Stardust Membership Pass" for free.[7] This post contained a link to the fraudulent website. The domain for the fraudulent website

---

[7] A membership pass is a collection of membership NFTs. Holding one grants owners exclusive access to various Victim 5 benefits.

closely mirrored Victim 5's real domain. The fraudulent website looked nearly identical to the real site, but the fraudulent site contained a button labeled "Claim Airdrop."

27.     Once a victim clicked the "Claim Airdrop" button on the fraudulent website, a pop-up appeared asking the victim to connect their cryptocurrency wallet and approve a transaction. Specifically, the victims thought they were authorizing the receipt of an NFT, but in reality, they authorized NFT and/or cryptocurrency to be withdrawn from their wallets. Once the victims' cryptocurrency wallets were connected, NFTs and digital assets were transferred from the victims' wallets to cryptocurrency wallets controlled by the perpetrators.

28.     On July 1, 2022, the Victim 5 X account published a post indicating that control of the account was regained following the compromise. Multiple victims replied to this post indicating that their NFTs were stolen after interacting with the link. Using blockchain analysis, law enforcement has identified at least 81 victims who were compromised in this attack.

29.     Stolen NFTs were quickly sold on OpenSea or to a private seller for ETH. CC-1 then transferred those proceeds to the other coconspirators, including REDMAN. In total, the sale of NFTs stolen from victims of this compromise and phishing scam totals approximately $128,440.69. CC-1 estimates REDMAN received approximately $40,000 from the Victim 5 X account compromise and phishing scam.

**Compromise of Victim 2 X Account**

30.     Victim 2 is digital artist and animator recognized as a top selling NFT artist. Victim 2 uses an online moniker, including on X, to advertise his work that incorporates his real name and is closely associated with his full name. Victim 2's X accounts links to his website through an intermediate link. Victim 2 uses his X account to share his work and communicate with his followers. Victim 2's X account followers believe that posts on that account are made by Victim 2 and represent his work unless a post explicitly states otherwise.

10

31.     On July 14, 2022, REDMAN, CC-1, CC-4, and CC-6 compromised Victim 2's X account. REDMAN created an email address designed to impersonate a media agency and then used the email address to send requests through X's PSP claiming to be an authorized representative of Victim 2. REDMAN's emails requested a password reset of Victim 2's X account. In order to convince X to allow the password reset, REDMAN sent an email to the PSP on or about July 14, 2022, in which he falsely represented the following:

> I am the authorized account holder of [Victim 2's X account]
> I originally authorized the creation and use of the account [Victim 2's X account]
> I have attempted and I am not able to access the account through standard processes
> I am requesting that the email associated with the account be changed to [redacted]

32.     After the coconspirators successfully received a password reset link, they reset the password and CC-1 gained access to Victim 2's X account. CC-6 created a website designed to impersonate Victim 2's website. The coconspirators deployed a smart contract used to drain NFTs from victims who interacted with the fake website. The coconspirators then made an unauthorized post on Victim 2's X account offering a free NFT for the first 1,000 people to click the link:



33.     The phishing link directed individuals to a website with a domain using Victim 2's moniker, which was similar to the real domain of Victim 2's website.

34.     Once an individual clicked the "Claim Airdrop" button on the fraudulent website, a pop-up appeared asking the individual to connect their cryptocurrency wallet and approve a transaction. Once the cryptocurrency wallet was connected, NFTs and digital assets were transferred from the victims' wallets to a cryptocurrency wallet operated by the perpetrators.

35.     On July 15, 2022, Victim 2's X account published a post indicating that control of the account was regained following the compromise. Multiple victims replied to this post indicating that their NFTs were stolen after interacting with the link. Using blockchain analysis, law enforcement has identified at least 24 victims who were compromised in this attack.

36.     After receiving NFTs from victims' wallets, CC-1 quickly sold them for ETH before they could be reported stolen. CC-1 then transferred that ETH to the other coconspirators, including REDMAN. In total, the sale of NFTs stolen from victims of the Victim 2 X account compromise and phishing scam totals approximately $126,944.67. REDMAN received approximately $40,000 from this compromise and phishing scam. CC-1 paid REDMAN more than they initial agreed to because REDMAN extorted CC-1.

**Compromise of Victim 3 X Account**

37.     Victim 3 is an NFT influencer and founder of several NFT projects. Victim 3 uses an online moniker, including on X, to distribute his work. This moniker is closely and easily associated with his real name. Victim 3 uses his X account to share his work and projects and communicate with his followers. Victim 3's X account followers believe that posts on that account are made by Victim 3 unless a post explicitly states otherwise.

38.     On or around July 19, 2022, REDMAN, CC-1, and other coconspirators compromised Victim 3's X Account. REDMAN helped select the media company, and he and

12

CC-4 used the fake media company email addresses to communicate with X through the PSP and gain control of Victim 3's X account. CC-1 then reset the password and logged onto Victim 3's X account. Once in control of the account, another coconspirator created a website designed to impersonate Victim 3's website and developed a smart contract used to drain NFTs from victims who interacted with the fake website.

39.     The coconspirators published posts to the X account containing phishing links. The posts invited followers to claim an airdropped "pass." "Passes" grant holders exclusive access to benefits and opportunities offered by Victim 3's online community.



40.     The phishing link directed individuals to a domain that closely resembled the domain of Victim 3's legitimate website. Victim 3's legitimate website offers NFT memberships and provides Victim 3's online community with education on cryptocurrency, NFTs and Web3 technology. A review of the archived websites shows the fraudulent website looked similar to the real site, but the fraudulent site contained a button to claim a "limited-time airdrop" instead of a button to "Read Our Whitepaper".

41.     Once an individual clicked the "Claim" button on the fraudulent website, a pop-up appeared asking the individual to connect their cryptocurrency wallet and approve a

13

transaction. Once the cryptocurrency wallet was connected, NFTs and digital assets were transferred from the victims' wallets to a cryptocurrency wallet operated by the perpetrators.

42.    On July 21, 2022, a post was published to a separate X account operated by Victim 3 indicating control of the compromised Victim 3 X account was regained following the compromise and unauthorized posts. Multiple victims replied to the post indicating that their NFTs were stolen after interacting with the malicious link. Using blockchain analysis, law enforcement has identified at least 1 victim who was compromised in this attack.

43.    After receiving NFTs from victims' wallets, CC-1 quickly sold them for ETH before they could be reported stolen. CC-1 then transferred that ETH to the other coconspirators, including REDMAN. In total, the sale of NFTs stolen from victims of the Victim 3 X account compromise and phishing scam totals approximately $67,911.48. REDMAN received approximately $20,000 to $40,000 from the Victim 3 X account compromise and phishing scam.

44.    CC-1, REDMAN and coconspirators attempted to compromise additional X accounts and execute phishing scams but were unsuccessful. On one occasion, CC-1, REDMAN, and conspirators successfully compromised another X account, but the phishing post was taken down within minutes. Even in the short time the post was active, however, the coconspirators stole NFTs valued at approximately $1,000. Other attempts to compromise X accounts also failed, often because the effort to gain access to the X account failed in the first instance.

45.    The following table summarizes the total loss amount resulting from the sale of NFTs stolen from victims of the five compromised X accounts and phishing schemes executed by REDMAN and various coconspirators using the X Partner Support Panel from May 22, 2022, through July 19, 2022, totaling $794,263.80.

| X ACCOUNT | LOSS AMOUNT |
|-----------|-------------|
| Victim 1 | $446,756.92 |
| Victim 2 | $126,944.67 |

14

| Victim 3 | $67,911.48 |
| Victim 4 | $24,210.04 |
| Victim 5 | $128,440.69 |
| **TOTAL** | **$794,263.80** |

46.    REDMAN was first brought to the Eastern District of Virginia.

47.    This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

48.    The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Erik S. Siebert
United States Attorney

By:    _____/s/_____
Zoe Bedell
Assistant United States Attorney

15

Defendant's Signature:   After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, Cameron Redman, and the United States, I hereby stipulate that the above statement of facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Date:   5/7/25

Cameron Redman
Defendant

Defense Counsel Signature:  I am counsel for the defendant in this case.  I have carefully reviewed the above statement of facts with him.  To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Date:   5|7|25

Stuart Sears
Counsel for the defendant

16