IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division


FILED
IN OPEN COURT
JUL 29 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 1:25-CR-129
)
CAMERON ALBERT REDMAN, )
)
*Defendant.* )
)

## RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the amount of **$248,257.07.**

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The Clerk of Court shall forward all restitution payments to the victims at the addresses provided in the Sealed Attachment A to this Order.

4. Pursuant to 18 U.S.C. § 3664(f)(3)(A), the defendant shall make a lump sum payment in the full amount of his restitution to the Clerk of the Court within 14 days of the date of this Order, unless the parties agree to an extension of the deadline in writing.

5. Interest:

   ✓ is waived.

   _____ accrues as provided in 18 U.S.C § 3612(f).

6. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

7. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

8. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $ 250.00 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

9. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, VA 22314.

10. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

11. No delinquent or default penalties will be imposed except upon Order of the Court.

12. The Clerk of Court shall distribute the funds to the victims on a pro rata basis.

/s/
_____
Leonie M. Brinkema
United States District Judge

ENTERED this 29th day of July 2025.

at Alexandria, Virginia

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| Erik S. Siebert<br>United States Attorney | Cameron A. Redman<br>Defendant |
| Zoe Bedell<br>Assistant United States Attorney | Stuart A. Sears<br>Counsel for Defendant |

2

## REDACTED ATTACHMENT A TO RESTITUTION ORDER

| Victim: | Loss Amount: |
|---|---|
| Victim A | $238,439.26 |
| Victim B | $9,817.81 |
| **Total due from defendant:** | **$248,257.07** |